DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC DRAPER,**
Appellant,

v.

**ALL COUNTY TOWING INC.,**
Appellee.

No. 4D2024-2291

[April 23, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case No. COCE24027117.

Marc Draper, Oakland Park, pro se.

Jamie Clark Dixon of Wadsworth, Margrey & Dixon, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, CIKLIN, JJ., and SURBER, MELANIE DALE, Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***